IN THE DISTRICT COURT IN AND FOR
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASE NO. 5:11-cv-00285-RBD-MCR

CURT and DIANE GUYER,

      Plaintiffs,

v.

CAPITAL MANAGEMENT SERVICES, LP,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the

District Court of the Middle District of Florida, Plaintiffs' Notice of Settlement. Plaintiffs

hereby respectfully request that this Court allow sixty (60) days within which to complete

the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction

over this matter until fully resolved.

          Respectfully submitted,
          **CURT and DIANE GUYER**

          By: s/ Alex Weisberg
          ALEX D. WEISBERG
          FBN: 0566551
          WEISBERG & MEYERS, LLC
          ATTORNEYS FOR PLAINTIFFS
          5722 S. Flamingo Road, Ste. 656
          Cooper City, FL 33330
          (954) 212-2184
          (866) 577-0963 fax
          aweisberg@attorneysforconsumers.com

## CERTIFICATE OF FILING

I HEREBY CERTIFY THAT this Notice was filed on this 1st day of July, 2011, by means of the CM/ECF system.

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing Notice was served upon Mr. Corey Magnuson, Capital Management Services, LP, 726 Exchange St., Ste. 700, Buffalo, NY 14210, by depositing the same on July 1, 2011, in  the U.S. Mail Chute enclosed in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com